UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RONALD BEDEN,

       Plaintiff,

v.                                   Case No. 2:05-cv-156
                                   HON. ROBERT HOLMES BELL

RUSSEL BLAIR, et al.,

       Defendants.

_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S

## REPORT AND RECOMMENDATION

       The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on July 28, 2006.  The Report and Recommendation was duly served on the parties.  The Court has received objections from plaintiff.  In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made.  The Court now finds the objections to be without merit.

       Plaintiff first alleges that the allegations in his complaint were sufficient to show a genuine issue of fact existed on his claims.  Defendants set forth valid reasons showing that plaintiff's religious rights were not violated and defendants did not take retaliatory actions.  Plaintiff failed to rebut those reasons.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the

Magistrate Judge is approved and adopted as the opinion of the court.


Dated:    September 12, 2006          /s/ Robert Holmes Bell
                                     ROBERT HOLMES BELL
                                     CHIEF UNITED STATES DISTRICT JUDGE